# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DANYA FAVORS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:11-0267 |
| ) | Judge Trauger |
| MIDWAY COMPANIES, LLC, ) | Magistrate Judge Griffin |
| ) | |
| Defendant. ) | |

**O R D E R**

On April 18, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 7), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Clerk shall transfer this case to the United States District Court for the Southern District of Texas.

It is so **ORDERED.**

Enter this 25th day of May 2011.

_____
ALETA A. TRAUGER
U.S. District Judge